CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendants Otoniel Avila, Imelda Flores Avila,
Jorge A. Avila Talavera aka El Jacal Corporation d/b/a La Costa Taqueria

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL, | Case No.:  2:12-cv-00929-MCE-JFM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| OTONIEL AVILA, et al., | |
| Defendants. | |

    In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the complaint of Plaintiff in this matter is hereby dismissed with prejudice, each side to bear their own costs and attorneys' fees.  The Clerk of Court is hereby directed to close the file.

Dated:  March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1

Order of Dismissal